Case 4:22-cv-01832 Document 12-1 Filed on 06/16/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GROUND GAME TEXAS, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-22-1832 |
| CLARICE Y. BALDERAS, in her official capacity as City Secretary of the City of Edinburg; and CITY OF EDINBURG, TEXAS | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING
## DEFENDANTS' MOTION TO TRANSFER VENUE

On this day came on for consideration Defendants' Motion to Transfer Venue, and having examined the same and considered the arguments of counsel, this Court determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Transfer Venue is hereby GRANTED and that this cause is hereby transferred to the U.S. District Court for the Southern District of Texas, McAllen Division.

Signed for entry on this ____17____ day of ____June____, 2022.

_____
United States District Judge