IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GROUND GAME TEXAS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CLARICE Y. BALDERAS, in her § <br> official capacity as City Secretary § <br> of the City of Edinburg; and CITY OF § <br> EDINBURG, TEXAS § <br> § <br> Defendants. § | Civil Action No. H-22-1832 |

## ORDER GRANTING
## DEFENDANTS' MOTION TO TRANSFER VENUE

On this day came on for consideration Defendants' Motion to Transfer Venue, and having examined the same and considered the arguments of counsel, this Court determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Transfer Venue is hereby GRANTED and that this cause is hereby transferred to the U.S. District Court for the Southern District of Texas, McAllen Division.

Signed for entry on this __17__ day of __June__, 2022.

_____
United States District Judge